UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 16-cv-23154-COOKE/TORRES

BERNABE MOLINA JACINTO, and all
Others similarly situated,

    Plaintiff,

v.

MYSTIC GARDENS LAWN CONTRACTORS, INC.,
MYSTIC GARDENS LAWN SERVICES, INC.,
MYSTIC GARDENS PROPERTIES, LLC,
HELINEL MONTENEGRO and
ANNIA DOMINGUEZ,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendants MYSTIC GARDENS LAWN CONTRACTORS, INC., MYSTIC GARDENS LAWN SERVICES, INC., MYSTIC GARDENS PROPERTIES, LLC, HELINEL MONTENEGRO and ANNIA DOMINGUEZ, through undersigned counsel, respond to Plaintiff's Statement of Claim as follows:

MYSTIC GARDENS LAWN SERVICES, INC. ("MGLS") was Plaintiff's employer during the period for which he seeks overtime wages. HELINEL MONTENEGRO is a proper Defendant. There is no basis in fact or law to name the other Defendants in this lawsuit and for this reason, the other Defendants deny any and all claims made by Plaintiff.

MGLS denies that Plaintiff worked the number of hours he states in his Statement of Claim since his hours varied from week to week. Subject to further

verification, MGLS agrees that Plaintiff worked 73 weeks.

                      Respectfully Submitted,

                      LANGBEIN & LANGBEIN, P.A.
                      Counsel for the Defendants
                      8181 NW 154th Street, Suite 105
                      Miami Lakes, FL 33016
                      Tel: (305) 556-3663
                      Fax: (305) 556-3647

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 8/31/16 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

                      By: /s/ Leslie W. Langbein
                            Leslie W. Langbein, Esq.
                            Fla. Bar No. 305391

## SERVICE LIST

J. H. Zidell, Esq.
K. David Kelly, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiff
Email: zabogado@aol.com